

1  MORGAN, LEWIS & BOCKIUS LLP
   CARRIE A. GONELL, State Bar No. 257163
2  cgonell@morganlewis.com
   JOHN D. HAYASHI, State Bar No. 211077
3  jhayashi@morganlewis.com
   ALEXANDER L. GRODAN, State Bar No. 261374
4  agrodan@morganlewis.com
   5 Park Plaza, Suite 1750
5  Irvine, CA 92614
   Tel: 949.399.7000
6  Fax: 949.399.7001

7  Attorneys for
   JPMORGAN CHASE BANK, N.A.



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE YANEZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, NA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. **CV11-08217** GAF (CGx)<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF RELATED CASES**<br><br>[Local Rule 83-1.3.1] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 22700360.1

NOTICE OF RELATED CASES

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 83-1.3.1, Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby submits that the following are related cases currently pending in the U.S. District Court, Central District of California:

- *Hightower v. JPMorgan Chase Bank, N.A.*, C.D. Cal. Case No. 11-cv-01802-PSG-PLAx (filed March 2, 2011). The case involves a putative class of that overlaps the putative class in this action. Plaintiffs allege overlapping claims against Defendant, such as the failure to pay all overtime due, wage statement violations, and the failure to timely pay all wages due upon termination.

- *Simpson v. JPMorgan Chase Bank*, C.D. Cal. 11-cv-6061-PSG-FMOx (filed in state court March 10, 2011; removed to S.D. Cal. May 5, 2011; transferred to C.D. Cal. July 19, 2011). The case involves a putative class that overlaps the putative class in this action. Plaintiffs allege overlapping claims against Defendant, such as the failure to pay all overtime due, and the failure to timely pay all wages due upon termination.

- *Khutorestsky v. JPMorgan Chase & Co.*, C.D. Cal. Case No. 11-cv-08147-MMM-PLA (filed in the Southern District of New York on August 26, 2011; transferred to C.D Cal. September 30, 2011). The case involves a putative

//
//
//

class that overlaps the putative class in this action.  Plaintiffs allege overlapping claims against Defendant, such as the failure to pay all overtime due.

Dated:    October 3, 2011                         MORGAN, LEWIS & BOCKIUS LLP

By _____
Carrie A. Gonell
Attorneys for
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 22700360.1

2                    NOTICE OF RELATED CASES

# PROOF OF SERVICE

## Yanez v. JPMorgan Chase Bank, N.A.

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On October 3, 2011, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANT'S NOTICE OF RELATED CASES**

[ ]   **BY FAX:** - by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]   **BY MAIL:** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY OVERNIGHT MAIL -** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]   **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** – By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 5 Park Plaza, Suite 1750, Irvine, California 92614.

[ ]   **BY ELECTRONIC SERVICE -** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on October 3, 2011. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is pmartin@morganlewis.com.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

Document12
Include Draft Include Date Include Time

PROOF OF SERVICE

[ ]  **BY E-FILE** – I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Gregory N. Karasik, Esq.<br>**Karasik Law Firm**<br>11835 W. Olympic Blvd., Suite 1275<br>Los Angeles, CA 90064<br>Phone:   310.312.6880<br>Fax:   310.943.2582<br>greg@karasiklaw.com | *Attorneys for Plaintiff JOSE YANEZ* |
| Sahag Majarian II, Esq.<br>**Law Offices of Sahag Majarian II**<br>18250 Ventura Blvd.<br>Tarzana, CA 91356<br>Phone:   818.609.0807<br>Fax:   818.609.0892<br>sahagli@aol.com | *Attorneys for Plaintiff JOSE YANEZ* |

[ X ]  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on October 3, 2011, at Irvine, California.

*(signature)*
Patricia Martin